**Carlos Armando AMADO,**
**Plaintiff–Appellant,**

v.

**MICROSOFT CORPORATION,**
**Defendant–Appellee.**

No. 2009–1154.

United States Court of Appeals,
Federal Circuit.

Feb. 26, 2009.

ON MOTION

*ORDER*

Upon consideration of the motion to voluntarily dismiss this appeal due to settlement,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.